IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

RE: JEFFREY MCCLENDON                                            CASE NO: _____

## APPLICATION FOR ATTORNEY FEE

    1. Come Dickerson Law Firm, P.A., Debtor's Attorneys, and states that they will perform the following legal services for the debtors in the prosecution of this case, to wit, preliminary meetings with and counseling of debtors; preparation and filing of petition, schedules, plan, and any other required statements or support documentation; attendance of 341(a) meeting of creditors; and any and all other services reasonably necessary for obtaining initial confirmation of the plan, including, only by way of example, the handling of confirmation hearings, negotiations with creditors and other parties in interest, motions to dismiss, motions for relief from stay, and pre-confirmation modifications to the plan.

    2. Petitioners have reached the following arrangement with the debtor that the Court allow a total fee as set by the Court for said services rendered to date and the routine duties required for the completion of the plan and that the fee be distributed as follows:

| | |
|---|---|
| TOTAL FEE | $3000.00 |
| LESS FEE ALREADY RECEIVED | $ 0.00 |
| TOTAL ATTORNEY FEE TO BE PAID BY TRUSTEE | $3000.00 |

    3. Petitioners further state that no understanding nor agreement has been made directly or indirectly for the division of fees between petitioners and debtor, or any person, firm, or corporation.

    4. Debtor and Petitioners agree that the Trustee shall first pay administrative costs, then an initial fee to the petitioners of $1500 from funds paid in by the debtor, after administrative costs have been paid and the remaining fee at the rate of 25% of the total disbursed to creditors each month.

/s/ JF 5. Debtor specifically agrees that should the Chapter 13 case be dismissed or converted before
(initial here) confirmation due to the debtor's noncompliance, including but not restricted to the failure to: attend the 341 meeting, file required tax returns, fund the plan, or cooperate in the filing of any required modification, attorney fees approved by the Court shall be paid to the attorney from funds on hand prior to refund to the debtors.

**RESPECTFULLY SUBMITTED,**

**DICKERSON LAW FIRM, PA**
**PO BOX 6400**
**HOT SPRINGS, AR 71902**
**(501) 321-0808**

BY: /s/ James C. Hunt
**JAMES C. HUNT, BAR #2003-202**

**/s/ Jeff McClendon**
Debtor