UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: JEFF HOWARD MCCLENDON          Case No:   6:13-bk-72878 T

### OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(3) plan has not been proposed in good faith.  The debtor's plan proposes to retain a 2006 Honda Civic paying a secured claim while the debtor has not registered the vehicle.  The Trustee requests additional information regarding the debtor's interest in any household furnishings, specifically regarding the debtor's interest in any computer or other equipment.  The debtor's schedules indicate that the debtor has no interest in household furnishings.

2. 11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

3. 11 U.S.C. 1322(a)(1).  The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan.  The debtor's proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

4. 11 U.S.C. 1325(a)(9) Debtor has failed to file tax returns with the appropriate tax authorities, as required by Section 1308.

5. 11 U.S.C. 521(a) The debtor has failed to provide to the Trustee a return/transcript for the most recent tax year ending before the commencement of the case.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  1/2/2014                                    /s/  Jack W Gooding
                                                    _____
                                                    CHAPTER 13 TRUSTEE

### CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 1/2/2014, with sufficient postage to assure delivery to the following:

LM

Jeff Howard Mcclendon
153 Cassidy Way
Hot Springs National, Ar  71913

Dickerson Law Firm - Electronically by ECF

/s/  Jack W Gooding

CHAPTER 13 TRUSTEE

LM