UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In Re:  JEFF HOWARD MCCLENDON                    Case No:  6:13-bk-72878 T
                                                                                               Chapter 13

### Summary Notice of Claims Filed

      Pursuant to an examination of the proofs of claims filed in this case, Jack W Gooding, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this Notice. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of each claim (e.g., priority, secured or unsecured) is listed.  "Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed. Except of the classification of a claim as "priority," a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted."  For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed.  If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation:  (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance or determination of the status of any claim pursuant to the Bankruptcy Code of the Federal Rules of Bankruptcy Procedure.

Date:  5/15/2014                                                           /s/  Jack W Gooding
                                                                                    Standing Chapter 13 Trustee

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Collectn Svc<br>1501 N. University<br>Little Rock, AR  72217 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:  6006<br>Comment  :    VILLAGE SQUARE | |
| Credit Management Lp<br>4200 International<br>Carrollton, TX  75007 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:  1347<br>Comment  :    RESORT TV CABLE | |

6:13-bk-72878 T
  JEFF HOWARD MCCLENDON

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| DICKERSON LAW FIRM<br>P O BOX 6400<br>HOT SPRINGS, AR  71902-6400 | $3,000.00<br>Allowed | ATTORNEY FEE<br>Account No:<br>Comment  : | 100.00 |
| Eos Cca<br>700 Longwater Dr<br>Norwell, MA  02061 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:   5368<br>Comment  :   EBAY | |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD  57104 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:   5012<br>Comment  : | |
| HOWARD JOHNSON AUTO MART<br>803 ALBERT PIKE<br>HOT SPRINGS, AR  71913 | $10,904.04<br>Allowed | VEHICLE SECURED CREDITOR<br>Account No:   6463<br>Comment  :   AMD 1/14<br>Monthly Payment:      $186.00 | 100.00 |
| J Gibson Aut<br>1425 Airport Rd<br>Hot Springs, AR  71913 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:   2863<br>Comment  :   DEFICIENCY | |
| JEFFERSON CAPITAL SYSTEMS LLC (ACH)<br>P O BOX 953185<br>SAINT LOUIS, MO  63195-3185 | $860.56<br>Allowed | UNSECURED<br>Account No:   1541<br>Comment  :   MIDLAND CREDIT MGMT/ASPIRI | Pro-Rata |
| JEFFERSON CAPITAL SYSTEMS LLC (ACH)<br>P O BOX 953185<br>SAINT LOUIS, MO  63195-3185 | $267.28<br>Allowed | UNSECURED<br>Account No:   5867<br>Comment  :   RJM ACQ/BANK OF AM | Pro-Rata |
| Mid South Credit Bureau<br>Po Box 1567<br>Paris, TN  38242 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:   7895<br>Comment  :   ST JOSEPH | |
| Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA  92123 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:   4794<br>Comment  :   CITIBANK | |
| Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA  92123 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:   9181<br>Comment  :   SALUTE VISA GOLD | |

6:13-bk-72878 T
 JEFF HOWARD MCCLENDON

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| PREMIER BANKCARD/CHARTER<br>P O BOX 2208<br>VACAVILLE, CA  95696 | $363.95<br>Allowed | UNSECURED<br>Account No:   012R<br>Comment  : | Pro-Rata |
| PYOD LLC<br>C/O RESURGENT CAPITIAL SERVICES<br>P O BOX 19008<br>GREENVILLE, SC  29602 | $424.68<br>Allowed | UNLISTED UNSECURED CLAIM<br>Account No:   0070<br>Comment  :   TRIAD/AT&T | Pro-Rata |
| PYOD LLC<br>C/O RESURGENT CAPITIAL SERVICES<br>P O BOX 19008<br>GREENVILLE, SC  29602 | $545.29<br>Allowed | UNLISTED UNSECURED CLAIM<br>Account No:   0205<br>Comment  :   TRIAD/AT&T | Pro-Rata |
| Salute/utb<br>Card Services<br>Po Box 105555<br>Atlanta, GA  30348 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:   0618<br>Comment  : | |
| THE AMERICAN AUTOMOBILE ASSOCIATIO<br>c/o CHRIS McNULTY<br>MITCHELL, WILLIAMS, SELIG, GATES<br>& WOODYARD,P.L.LC<br>425 WEST CAPITOL AVE., STE. 1800<br>LITTLE ROCK, AR  72201 | $71,751.31<br>Allowed | UNSECURED<br>Account No:<br>Comment  : | Pro-Rata |

CC:    Jeff Howard Mcclendon
       153 Cassidy Way
       Hot Springs National, AR  71913

       Dickerson Law Firm - Electronically by ECF