# UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  JEFF HOWARD MCCLENDON                                            Case No:     6:13-bk-72878 B

### OBJECTION TO CONFIRMATION OF PLAN
### AS AMENDED PRE-CONFIRMATION ON 5/20/2014

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The debtor provided payroll documentation to the Trustee; however, the documentation provided is not sufficient.

2. 11 U.S.C. 1325(a)(5) plan does not provide for the secured claim regarding Arkansas Department of Finance and Administration in the sum of $8,652.51.

3. 11 U.S.C. 521(a) The debtor has failed to provide to the Trustee a return/transcript for the most recent tax year ending before the commencement of the case.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  6/8/2014                                                                          /s/  Jack W Gooding
                                                                                    _____
                                                                                    CHAPTER 13 TRUSTEE

### CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 6/8/2014, with sufficient postage to assure delivery to the following:

Jeff Howard Mcclendon
153 Cassidy Way
Hot Springs National, Ar  71913

Dickerson Law Firm - Electronically by ECF

                                                                                    /s/  Jack W Gooding
                                                                                    CHAPTER 13 TRUSTEE

LM